

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| RITA PORTER, Individually and as Next Friend of DAWONE PORTER, a Minor, and PATTY GORDON, Individually and as Next Friend of DYLON GORDON, a Minor, and ARMANDO and YVONNE GUTIERREZ, Individually and as Parents and Next Friend of ARMANDO and AMANDA GUTIERREZ, Minor Children, | § § § § § | No. 08-13-00002-CV |
| Appellants, | § § | Appeal from the  243rd District Court |
| v. | § § | of El Paso County, Texas |
| HERITAGE OPERATING, L.P., a/k/a DENMAN PROPANE and CATHOLIC DIOCESE OF EL PASO (SAN LORENZO CHURCH), | § § § | (TC# 2009-4360) |
| Appellees. | § | |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in that part of the judgment entered in favor of the Catholic Diocese of El Paso. We therefore reverse that part of the judgment and remand to the trial court for new trial.

The remainder of the judgment is affirmed, in accordance with the opinion of this Court. We further order that Appellants and the Catholic Diocese of El Paso each pay one-half (1/2) the costs of this appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF OCTOBER, 2018.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J. (Not Participating)